AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

FILED
MAR 2 0 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.
AMBER L. SEATS -14

Case No. 1:20-cr-0097 JRS -DLP

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* AMBER L. SEATS -14,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1) and 846

Date: 3/18/2020

CLERK OF COURT, Laura A. Briggs
BY: *[signature]* Dena Way Hernandez
Deputy Clerk

City and state: Indianapolis, IN

### Return

This warrant was received on *(date)* 3/20/20, and the person was arrested on *(date)* 3/20/20
at *(city and state)* Indianapolis, IN.

Date: 3/20/20

*[signature]*
Arresting officer's signature

Zach Trusler, DEO
Printed name and title